Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

**No. 65649.**—Wood, Niebuhr & Co. *v.* United States, protest 60/15139 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

**No. 65650.**—Castelazo & Associates and Net Products Co. et al. *v.* United States, protests 59/31933, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of fish netting similar in all material respects to that involved in Abstract 63947, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MAY 18, 1961

**No. 65651.**—Andrew Fisher Cycle Co., Inc. *v.* United States, protest 58/7746 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65652.**—Andrew Fisher Cycle Co., Inc., and Williams, Clarke Co. *v.* United States, protest 58/13944 (Los Angeles).

489

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65653.—John L. Westland & Son, Inc., a/c Montrose Bike Shop et al. *v.* United States, protests 59/2814, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MAY 18, 1961

No. 65654.—Milton G. West *v.* United States, protest 60/13918–15573 (New Orleans).

Opinion by RICHARDSON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

MAY 17, 1961

No. 65655.—Cijo Trading Co., Inc., and Advance Shipping Co. *v.* United States, protests 60/22867, etc. Protests abandoned April 28, 1961. (Not published.) Plaintiffs' application for rehearing granted.

BEFORE THE FIRST DIVISION, MAY 22, 1961

No. 65656.—Joseph Markovits, Inc. *v.* United States, protest 58/19688 (New York).